## BUTLER *v.* KING.

Amendments should be readily allowed whenever they will tend to the furtherance of justice, and the greatest liberality in this respect should be extended to pleadings in Justices' Courts.

APPEAL from the County Court of Amador County.

This action is upon a contract for beef furnished the defendant. The complaint alleges that the beef was furnished to the defendant, but does not allege that it was furnished " at his request."

The plaintiff recovered judgment in the Justice's Court, and the defendant appealed to the County Court, where he moved to dismiss the case, on the ground that the complaint does not set forth any cause of action.    The plaintiff thereupon moved for leave to amend his complaint.   The County Court denied the motion of the plaintiff to amend, and granted the motion of the defendant, and dismissed the case.

From the judgment of dismissal, the plaintiff appealed.

*W. W. Cope* for Appellant.

*G. W. Seaton* for Respondent.

FIELD, J., delivered the opinion of the Court—TERRY, C. J., and BALDWIN, J., concurring.

The County Court erred in refusing to allow the plaintiff to amend his complaint, and in dismissing the suit.   Amendments should be readily allowed whenever they will tend to the furtherance of justice, and the greatest liberality in this respect should be extended to pleadings in Justices' Courts.

Judgment reversed, and cause remanded.